**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**RYLON FOWLES,**

                    **Plaintiff,**

**-vs-**                                                         **Case No. 6:10-cv-743-Orl-31DAB**

**H & H CLEANING SERVICES, INC.,**

                    **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      On May 14, 2010, the Court ordered Plaintiff to file an amended complaint because he had failed to set forth his claim adequately; Plaintiff asserted a claim for race discrimination, as reflected in the EEOC charge and right to sue letter, which was the only written document attached. Doc. No. 1. The right to sue letter is not a substitute for a written complaint setting forth a short and plain statement of the court's jurisdiction, and claim showing the Plaintiff is entitled to relief, and demand for the relief sought, as required by FEDERAL RULE OF CIVIL PROCEDURE 8(a).

      On May 14, 2010, Plaintiff was ordered to file an amended complaint by May 28, 2010, and Plaintiff was advised that failure to fully comply with the Order may result in the dismissal of his case for failure to prosecute.

      Plaintiff has failed to file the amended complaint. It is respectfully **RECOMMENDED** that the Plaintiff's case be dismissed for failure to prosecute and that the motion to proceed in forma pauperis (Doc. No. 2, filed May 12, 2010) be **DENIED as moot.**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 3, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy