# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RYLON FOWLES,**

        **Plaintiff,**

-vs-                                            **Case No. 6:10-cv-743-Orl-31DAB**

**H & H CLEANING SERVICES, INC.,**

        **Defendant.**

_____

## ORDER

On June 3, 2010, Magistrate Judge Baker issued a Report and Recommendation (Doc. 10), recommending that Plaintiff's case be dismissed for failure to file an amended complaint as ordered on May 14, 2010. Plaintiff has objected to the Report and Recommendation (Doc. 12), contending that he was misled by the Clerk's office into believing his documentation was complete. The Clerk's office does not give legal advice and Judge Baker's prior order was clear. Nevertheless, Plaintiff's objection will be sustained so as to allow Plaintiff one additional opportunity to file a complaint that complies with Fed. R. Civil P. 8. It is, therefore

**ORDERED** that the Report and Recommendation is REJECTED. Plaintiff may file an amended complaint by July 2, 2010. Failure to do so will result in dismissal of this case without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 14, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE